```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 18735
   ALEJANDRO BUENROSTRO
   MELISSA M BUENROSTRO                             CHAPTER 13

                                                    JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-3578    SSN XXX-XX-5335

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/11/2007 and was not confirmed.

      The case was dismissed without confirmation 11/28/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED          1863.65         .00           .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC    12000.00          .00           .00
AMERICREDIT FINANCIAL SV   UNSECURED          1562.71         .00           .00
CITY OF CHICAGO WATER DE   SECURED NOT I   NOT FILED          .00           .00
TOYOTA MOTOR CREDIT        SECURED VEHIC     3049.00          .00           .00
WASHINGTON MUTUAL          CURRENT MORTG         .00          .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE    24000.00          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         17462.13          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           129.95         .00           .00
BENEFICIAL HFC             UNSECURED       NOT FILED          .00           .00
CHASE                      UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED           362.22         .00           .00
CPT CREDIT UNION           UNSECURED          1840.52         .00           .00
ILLINOIS DEPT OF EMP SEC   UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1018.71         .00           .00
RESURRECTION MEDICAL CEN   UNSECURED       NOT FILED          .00           .00
ST VIATOR PARISH           UNSECURED       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          4040.61         .00           .00
RESURRECTION HIGH SCHOOL   UNSECURED          1407.06         .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY           .00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                      2,495.36

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            2,495.36

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18735 ALEJANDRO BUENROSTRO & MELISSA M BUENROSTRO
```

```
DEBTOR REFUND                                                       2,495.36
                                         ---------------     ---------------
TOTALS                                          2,495.36            2,495.36
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 04/04/08                       /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE